37025. McALLISTER *v.* CITY OF EAST POINT *et al.*

FELTON, Chief Judge. A petition for certiorari to review the action of a mayor and city council in discharging a police officer which did not contain or have accompanying it an affidavit that it was not filed for delay only was properly dismissed by the superior court. Code § 19-205; *Velvin* v. *Austin,* 109 *Ga.* 200 (34 S. E. 335); *Horton-Hughes Furniture Co.* v. *Broad Street Hotel Co.,* 22 *Ga. App.* 89 (95 S. E. 373). The record does not show upon what ground or grounds the petition was dismissed but if the judgment was right for any reason it cannot be disturbed.

   *Judgment affirmed. Quillian and Nichols, JJ., concur.*

           DECIDED FEBRUARY 26, 1958.

*Albert A. Roberts,* for plaintiff in error.
*Ezra E. Phillips,* contra.